No. 09-11379. Eugene Williams, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.

562 U.S. 877, 131 S. Ct. 187, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 6959.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-11380. Carzell Scott, Petitioner v. Illinois.

562 U.S. 877, 131 S. Ct. 188, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 6733.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

Same case below, 395 Ill. App. 3d 1131, 369 Ill. Dec. 499, 986 N.E.2d 812.

No. 09-11381. Jamal Reyes, Petitioner v. United States.

562 U.S. 877, 131 S. Ct. 189, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 6991.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 350 Fed. Appx. 790.

No. 09-11382. Frederick J. Smith, Petitioner v. United States.

562 U.S. 877, 131 S. Ct. 189, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 6928.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 555.

No. 09-11383. Robert A. Ortiz, Petitioner v. W. J. Sullivan, Warden, et al.

562 U.S. 877, 131 S. Ct. 189, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 6534.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-11384. Tracy Anthony Miller, Petitioner v. Tydus Meadows, Warden.

562 U.S. 877, 131 S. Ct. 189, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 7015.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Georgia, Baldwin County, denied.

No. 09-11385. Rafael Aleman Martinez, Petitioner v. United States.

562 U.S. 877, 131 S. Ct. 189, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 6925.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 708.

No. 09-11386. Jagadish Manohar, Petitioner v. New York City Human Resources Administration, et al.

562 U.S. 877, 131 S. Ct. 189, 178 L. Ed. 2d 113, 2010 U.S. LEXIS 6969.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.